UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMILCAR MENDEZ ESTEBAN,

                    Petitioner,

      v.

PATRICIA HYDE, Acting Boston ICE Field Office Director, *et. al*,

                    Respondents.

Civil Action No. 1:25-cv-12450-LTS

**RESPONDENTS' NOTICE IN RESPONSE TO THE
COURT'S ORDER (Docket No. 5)**

Respondents, by and through their Attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, herein file this notice in response to the Court's Order (Docket No. 5) regarding:

(1) where the petitioner was located at the time the habeas petition was filed; and (2) where the petitioner is currently located.

In response to the Court's first question, counsel for Respondents has been informed that on September 3, 2025, at approximately 4:00 A.M. Immigration and Customs Enforcement (ICE) transferred Petitioner to the Federal Correctional Institution Berlin (FCI Berlin), in Berlin New Hampshire (Exhibit 1, Declaration of AFOD Chan, ¶ 8). Petitioner arrived at FCI Berlin at approximately 9:00 A.M. on September 3, 2025. ICE transferred Petitioner due to lack of bed space at Plymouth County Correctional Facility (Id.).

On September 4, 2025, Petitioner filed a petition for a writ of habeas corpus before the Massachusetts District Court.

In response to the Court's second question, Petitioner remains detained at FCI Berlin (Id. at ¶ 10).

Within an hour of this Court issuing its Order on September 4, 2025, counsel for Respondents was in touch with Petitioner's counsel regarding Petitioner's location.

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

By:    */s/ Rayford A. Farquhar*
        RAYFORD A. FARQUHAR
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        Rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: September 5, 2025        */s/ Rayford A. Farquhar*
        RAYFORD A. FARQUHAR
        Assistant United States Attorney