UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMILCAR MENDEZ ESTEBAN, )<br>)<br>Petitioner, )<br>)<br>)<br>v. )<br>)<br>PATRICIA HYDE, Acting Boston ICE Field )<br>Office Director, ANTONE MUNIZ )<br>Superintendent of Plymouth County Correctional )<br>Facility, MICHAEL KROL, HSI New England )<br>Special Agent in Charge, TODD LYONS, Acting )<br>Director, U.S. Immigrations and Customs )<br>Enforcement, and KRISTI NOEM, U.S. Secretary )<br>of Homeland Security )<br>)<br>)<br>Respondents. )<br>) | Case No. 1:25-cv-12450<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A), Petitioner voluntarily dismisses his Petition for Writ of Habeas Corpus filed on September 4, 2025. See Dkt. 1. Respondents, through their counsel, informed Petitioner's counsel that he is currently detained in a federal detention facility in Berlin, New Hampshire, within the ICE Boston Field Office's Area of Responsibility (AOR), and that they do not intend to transfer him out of the facility at this time. Respondents, through counsel, assented to the filing of this notice of voluntary dismissal.[1]

---

[1] Respondents' counsel informed Petitioner's counsel that his office would still be filing a response to the Court's Order, Dkt. 5, by close of business on September 5, 2025.

WHEREFORE, Petitioner respectfully requests that this Honorable Court dismiss his Petition for Writ of Habeas Corpus without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

    Amilcar Mendez Esteban,
By and Through His Attorneys,

/s/ Annery Miranda
Annery Miranda, Esq.
Greater Boston Legal Services
197 Friend Street, 8th Floor
Boston, MA 02114
BBO# 712373
(617) 669-2440
amiranda@gbls.org

*Counsel for Petitioner*

Dated: September 5, 2025

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMILCAR MENDEZ ESTEBAN ) | |
| ) | |
| v. ) | Case No. 1:24-CV-00418-SDN |
| ) | |
| PATRICIA HYDE, ET AL. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

Date: September 5, 2025              /s/ Annery Miranda
                                     Annery Miranda